UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel JACQUELINE KAY POTEET and BOBBIE VADEN,<br><br>    Plaintiff-Relators,<br><br>v.<br><br>LAWRENCE G. LENKE, M.D., et al.,<br><br>    Defendants. | C. A. No. 07-CA-10237-RGS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Relators, Jacqueline Kay Poteet and Bobbie Vaden, by and through their undersigned counsel, hereby notify the Court that the claims in the above matter as against Defendants Bradley T. Estes, Ronald Lehman and Christian Puttlitz are dismissed voluntarily.

The undersigned has consulted with counsel for the United States, who has stated that the United States consents to the dismissal without prejudice of these defendants.

                                     JACQUELINE KAY POTEET
                                     and BOBBIE VADEN,

                                     By their counsel,

Aug. 12, 2008                         /s/ Andrew R. Carr, Jr.
                                     Andrew Carr, Jr. (#5628)
                                     Bateman & Gibson, L.L.C.
                                     65 Union Avenue, Suite 1010
                                     Memphis, TN  38103
                                     901-843-2470

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on August 12, 2008.

                                              /s/ Andrew R. Carr, Jr.