UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, ex rel,
JACQUELINE KAY POTEET, et al
        Plaintiffs

V.                              CIVIL ACTION NO. 07-10237-RGS

LAWRENCE G. LENKE, M.D., ET AL
        Defendants

## JUDGMENT

STEARNS, DJ.                                  APRIL 2, 2009

FOR THE REASONS SET FORTH IN THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANTS' MOTIONS TO DISMISS DATED MARCH 20, 2009,

IT IS HEREBY ORDERED AND ADJUDGED THAT ALL OF THE CLAIMS IN THIS ACTION BE, AND HEREBY ARE, DISMISSED WITH PREJUDICE TO THE RELATORS, AND WITHOUT PREJUDICE TO THE UNITED STATES.

JUDGMENT IS THEREFORE ENTERED IN FAVOR OF THE DEFENDANTS IN THIS CASE AS SET FORTH ON THE ATTACHED "LIST OF DEFENDANTS".

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

BY:                                 
                                       Deputy Clerk

## LIST OF DEFENDANTS

| | |
|---|---|
| Bahler Medical, Inc. | Scott Hodges, MD |
| Benton Biomedical, Inc. | S. Craig Humphreys, MD |
| John Bendo, MD | Louis G. Jenis, MD |
| BioMed, LLC | Dean G. Karahalios, MD |
| Gary M. Bloomgarden, MD | Thomas J. Kleeman, MD |
| Scott D. Boden, MD | Hallett Matthews, MD |
| Todd C. Bonvallett, MD | MedAlliance, Inc. |
| The Boston Spine Group | Medicraft Clinical Services, Inc. |
| Keith H. Bridwell, MD | Stephen L. Ondra, MD |
| Darrel Brodke, MD | Joseph H. Perra, MD |
| J. Kenneth Burkus, MD | Manuel Pinto, MD |
| Carolina Spine Systems | David Polly, MD |
| Christopher H. Comey, MD | Praxa Medical Inc |
| Dennis G. Crandall, MD | Precision Medical |
| Francis Denis, MD | Rapp Medical Systems, Inc. |
| John Dimar, MD | G.E. Rodts, Jr., MD |
| Mladen Djurasovic, MD | Rummer Medical Distributing, Inc. |
| First Choice Medical, Inc. | James Schwender, MD |
| Kevin Foley, MD | Christopher I. Shaffrey, MD |
| George Frey, MD | Spinal Associates |
| Timothy A. Garvey, MD | Surgical Systems, Inc. |
| GHM, LLC | Team Spine, Inc. (Minnesota) |
| Steven Glassman, MD | Team Spine, Inc. (Wisconsin) |
| Matthew F. Gornet, MD | Enser Transfeldt, MD |
| Regis W. Haid, MD | Vincent C. Traynelis, MD |

B3611281.1