# United States Court of Appeals
## For the First Circuit

———————

No. 09-1728

UNITED STATES ex rel. JACQUELINE KAY POTEET and JOHN DOE,

Plaintiffs, Appellants,

v.

BAHLER MEDICAL, INC., et al.,

Defendants, Appellees,

LAWRENCE G. LENKE, M.D., et al.,

Defendants.

———————

**JUDGMENT**

Entered:  September 8, 2010

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.


By the Court:

/s/ Margaret Carter, Clerk


cc: Mr. Peabody, Mr. Graceffa, Mr. Hartzell, Ms. Mercier, Mr. Ullmann, Mr. Grahn, Mr. Theodorou, Mr. Gelhaar, Mr. Gershengorn, Mr. Kenneally, Ms. Bloom, Mr. Savery, Ms. Wilson, Mr. Rozelle, Mr. Kindregan, Mr. Erlich, Mr. Prokop, Mr. McConnell, Mr. Fogg, Mr. Carr, Mr. Everett Gibson, Mr. Ralph Gibson, Mr. Edwards, Mr. Lundquist, Ms. Foster, Mr. Wellford, Mr. Griffin, Mr. Janove, Ms. Hagerman, Ms. Meixel, Mr. Bicks, Ms. Gunstream, Mr. Adatto, Mr. McLain, Mr. Byrd, Mr. Heller, Mr. Wicker & Mr. Knight.